1
2
3
4                              FILED-SOUTHERN DIVISION
                               CLERK, U.S. DISTRICT COURT
5
                                    NOV - 3 2014
6
                               CENTRAL DISTRICT OF CALIFORNIA
7                              BY                      DEPUTY
8
9
10                    UNITED STATES DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA
12
13
14
15 | UNITED STATES OF AMERICA,   ) CASE NO. SA14-404M
16 |         Plaintiff,          ) ORDER OF DETENTION AFTER
17 |    v.                       ) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
                                 ) Allegations of Violations of Probation
18 | Eric Von Ross               ) Supervised Release)
                                 ) Conditions of Release)
19 |                             )
20 |         Defendant.          )

    On arrest warrant issued by a United States District Court involving alleged
21
   violations of conditions of probation or Supervised Release,
22
       The court finds no condition or combination of conditions that will
23
   reasonably assure:
24
       (A)   (✓)  the appearance of defendant as required; and/or
25
       (B)   (✓)  the safety of any person or the community.
26
   //
27
   //
28

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _Defendant submits to detention._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _See above._

IT IS ORDERED that defendant be detained.

DATED: 11-3-2014

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2